IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 1:16-cr-4570-JMC

v.

JOHTONNIE YAZZIE,

    Defendant.

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

On June 14, 2018, Defendant filed a Motion to Continue Sentencing Hearing. In that motion, Defendant states that counsel needs additional time to prepare for sentencing in this case, to research and prepare sentencing pleadings, and to receive reports from expert witnesses. The sentencing hearing in this matter currently is scheduled on June 21, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Motion to Continue Sentencing Hearing (Doc. 48) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

IT IS SO ORDERED.

                                                  Entered for the Court
                                                  this the 14th day of June, 2018

                                                  /s/ Joel M. Carson III_____
                                                 Joel M. Carson III
                                                 United States Circuit Judge
                                                 Sitting by Designation